## THIRD DEPARTMENT, DECEMBER, 1916.*

EDWARD H. STANTON, Respondent, v. THE ÆTNA ACCIDENT AND LIABILITY COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the Albany county clerk's office on the 9th day of June, 1916, and also from two orders entered on the same day.

PER CURIAM: We find no error prejudicial to defendant calling for a reversal of the judgment. According to the terms of the policy twenty-five dollars is to be deducted from the amount of the loss when determined. We assume it has not been deducted and, therefore, modify the judgment by deducting it; but as the failure to deduct it was the defendant's fault the modification of the judgment will not affect the question of costs. Judgment modified by deducting therefrom twenty-five dollars, and as so modified judgment and orders affirmed, with costs to the respondent. All concurred.

---

* For other cases decided at this term, see 176 App. Div. 916.—[REP.